```
MCGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
LAURA E. FRIEDMAN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 06-166-GGH |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS INFORMATION AND ORDER |
| v. ) | |
| MARCOS TEJEDA, ) | DATE: October 4, 2006 |
| Defendant. ) | TIME: 10:00 a.m. |
| _____) | JUDGE: Hon. Gregory G. Hollows |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing with prejudice Mag. No. 06-166-GGH.

DATED: September 26, 2006          MCGREGOR W. SCOTT
                                   United States Attorney

                                   By:  /s/ Matthew C. Stegman
                                        MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

                                   ORDER

IT IS SO ORDERED:

DATED: 9/28/06

/s/ Gregory G. Hollows
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

tejeda.ord